# Rhode Island Laborers' District Council Agreements
# Building and Site Construction Agreement
# Acceptance of Agreements and Declaration of Trust

The undersigned Employer has read and here approves the following Agreements: by and between the Associat General Contractors of American, Inc., RI Chapter, Labor Relations Division, dated June 1, 2001, and the Rhode Isla Laborers' District Council of the Laborers' International Union of North American acting on behalf of Construction ar General Laborers' Local Union 15, Westerly, Local Union 271, Providence, and Local Union 673, Newport, Rhode Islan and any successor agreement between the parties and herewith accepts the same and becomes one of the parti thereto and agrees to abide by all its terms and conditions.

The life of these Agreements is to be co-extensive with the terms set out or as they shall be set out from time to time the aforementioned collective bargaining agreements with the above-named Associations and shall continue in effe unless the Employer gives the Union notice of desired change or termination of a particular collective bargainir agreement in keeping with the applicable notice provisions contained therein.

These Agreements shall be binding upon the Employer named herein, and its successors and assigns, and no provisior herein contained shall be nullified or affected in any manner as a result of any consolidation, sale, transfer, assignmen joint venture or any combination or other disposition of the Company.

The said Agreements provide among other conditions, contributions to the **Rhode Island Laborers' Health Fun Rhode Island Laborers' Pension Fund, Rhode Island Laborers' Unified Trust Fund, New England Laborer Training Fund, Rhode Island Laborers' Legal Service Fund, Rhode Island Laborers' Annuity Fund, the Ne England Laborers' Labor-Management Cooperation Trust Fund, and the New England Laborers' Health an Safety Fund** and the Employer agrees to be bound by the foregoing Agreements and Declaration of Trust and heret irrevocably designates as its representatives on the Board of Trustees, such Trustees as are named in said Agreements a Employer Trustees, together with their successors selected in the manner provided within said Agreements, and agrees t be bound by all actions taken by said Employer Trustees pursuant to the said Agreements and Declaration of Trust.

**Rhode Island Laborers' District Council**

[signature]
*By its Authorized Representative*

410 South Main Street
Providence, Rhode Island 02903

Tel: (401) 331-9682
Fax: (401) 861-1480

**Employer:**

Rhode Island Demolition Inc.
*Company Name*

[signature]
*Signature*

Gerald Diodati
*Please print or type name signed above*

Address: 1395 Atwood Avenue, Suite #207
Johnston, Rhode Island 02919

Telephone: (401) 942-7275

Fax: (401) 942-3732

6-30-2003
Date