AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

RONALD M. COIA, ET AL.

V.

RHODE ISLAND DEMOLITION, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 05 296S

TO: (Name and address of Defendant)
Rhode Island Demolition, Inc.
Fred J. Volpe
130 Tower Hill Road
North Kingstown, RI 02852

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
ROBERT P. BROOKS
JAIME J. LAPORTE
ADLER POLLOCK & SHEENAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within ________ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 7/6/05

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12 July, 2005 |
|---|---|
| NAME OF SERVER (PRINT) George R. Clark | TITLE Constable # 6025 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): Served on authorized agent for service for Rhode Island Demolition Co., namely Fred Volpe Esq., 130 Tower Hill Rd., North Kingstown, R.I.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 55.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11 July, 2005
Date

George R. Clark, Constable #6025
Signature of Server

84 Weaver Rd, Johnston, R.I. 02919
Address of Server

7/11/05

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2005 JUL 18 P 3 57

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.