UNITED STATES DISTRICT COURT

District of Rhode Island

RECEIVED
AUG 04 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RONALD M. COIA, ET AL.

VS.

RHODE ISLAND DEMOLITION, INC. CASE NUMBER: CA 05-296S

**LATE ENTRY STIPULATION**

The Defendant, Rhode Island Demolition, Inc., shall have up to and including August 15, 2005 to answer or otherwise plead and defend in the above matter.

Robert P. Brooks #3721
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401)274-7200 8/1/05

Fred J. Volpe #1891
MOSCA AND VOLPE
P.O. Box 444, 130 Tower Hill Road
N. Kingstown, RI 02852
(401)295-5323/884-2050

DATED: July 28, 2005