UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
AUG 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RONALD M. COIA
As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO,

v. C.A. No. 05-296S

RHODE ISLAND DEMOLITION, INC.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, Ronald M. Coia, et al., hereby voluntarily dismiss the Complaint in the above-referenced matter, without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 8/31/05

RONALD M. COIA, et al.
By their Attorneys,

Jaime J. LaPorte

ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
Date: August 30, 2005

CERTIFICATE OF SERVICE

I hereby certify that I am over 18 years of age and not a party to this suit. On this 30th day of August, 2005, I mailed a true and accurate copy of the within Notice of Voluntary Dismissal to the following:

Fred J. Volpe, Esq.
MOSCA & VOLPE
PO Box 444
130 Tower Hill Road
North Kingstown, RI 02852

[signature]

*343819_1.doc*