UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOMENIC SILVESTRI )
Plaintiff, )
)
v. ) C. A. NO. 05-269ML
)
JO ANNE B. BARNHART, )
Commissioner of Social Security )
Administration, )
Defendant. )

STIPULATION FOR PAYMENT OF ATTORNEYS' FEES

The plaintiff, Domenic Silvestri, and the defendant, the Commissioner of Social Security, by their attorneys, stipulate and agree as follows:

That the defendant's agency, the Social Security Administration, shall pay the plaintiff's attorneys' fees in the amount of three thousand seventy-five dollars and ninety-three cents ($3,075.93) in full settlement and satisfaction of any and all claims for attorneys' fees that the plaintiff may have under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Respectfully submitted,

DOMENIC SILVESTRI,
Plaintiff

By his attorney,

Enter:
Mary M. Lisi
USDJ 4/14/06

JAMES J. GANNON, ESQ.
Green and Greenberg
116 Orange Street
Providence, RI 02903
(401) 331-8989

JOANNE B. BARNHART,
Commissioner Of the Social
Security Administration
Defendant

By her attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000